# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

2005 APR 11 P 3:41

**WARRANT FOR ARREST**

v.

George William Koehler

Case No. AW 97-0343

05-240 M-01

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>George William Koehler</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him/her with (brief description of offense):

Alleged Violations of Probation or Term of Supervised Release
(SEE ATTACHED)

FILED
APR 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title United States Code, Section(s)

| Felicia C. Cannon | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| (By) Deputy Clerk | April 7, 2005    Greenbelt, Maryland |
|  | Date and Location |

Bail fixed at $ No Recommendation      by Alexander Williams, Jr., United States District Judge
                                      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  333 Constitution Ave, NW  WDC 20001

| Date Received 4/29/05 | Name and Title of Arresting Officer  Darlene Todd | Signature of Arresting Officer  Darlene Todd |
|---|---|---|
| Date of Arrest 4/29/05 |  |  |

U.S. DISTRICT COURT (Rev. 12/98)