**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 5/31/05

____ FILED  ____ ENTERED
____ LOGGED ____ RECEIVED

JUN 1 2005

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Nancy Mayer-Whittington
Clerk of the Court

United States Courthouse
Second Floor
6500 Cherrywood Lane
Greenbelt, MD 20770

AW-97-0343

FILED
JUL 0 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: CR 05-240M-01, Koehler

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

__X__ Docket Sheet                      __X__ Warrant of Removal

_X_ Complaint                            _X_ Order of Removal

_____ Minute Order Appointing Counsel    _____ Detention Order

_____ Corporate Surety Bond              _X_ Waiver of Removal

_____ Personal Surety Bond

_X_ Other: Blotter dated 4/29/05

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _E. Saunders_
Deputy Clerk